IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | |
|---|---|
| DVASH AVIATION HOLDINGS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 0:24-cv-60312-AHS |
| AMP LEASING LIMITED, *et al.* | ) |
| Defendants. | ) |

**CERTIFICATE OF INTERESTED PARTIES**

Comes now Dvash Aviation Holdings, LLC, by and through undersigned counsel, pursuant to this Honorable Court's order set forth at Docket Entry #5, and notes the following persons (natural and legal) have a financing interest in the outcome of this case:

1. Dvash Aviation Holdings, LLC;

2. AMP Leasing Limited;

3. Sideral Linhas Aereas Ltda;

4. David Butler;

5. The VerStandig Law Firm, LLC; and

6. Maurice VerStandig.

Respectfully Submitted,

THE VERSTANDIG LAW FIRM, LLC

/s/ Maurice B. VerStandig
Maurice B. VerStandig
Bar No. 76723
1452 W. Horizon Ridge Pkwy., #665
Henderson, Nevada 89012
Telephone: (301) 444-4600
E-mail: mac@mbvesq.com
*Counsel for Dvash Aviation Holdings, LLC*

1