UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60312-CIV-SINGHAL

DVASH AVIATION HOLDINGS, LLC,

     Plaintiff,

v.

AMP LEASING LIMITED and
SIDERAL LINHAS AEREAS LTDA,

     Defendants.
_____/

## ORDER TO FILE STATUS REPORT
## REGARDING SERVICE UPON FOREIGN DEFENDANT

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Plaintiff filed this action on February 25, 2024 against Defendants AMP Leasing Limited, a company organized under the laws of the Republic of Ireland, and Sideral Linhas Aereas LTDA, which is a company existing under the laws of Brazil. Neither Defendant is registered to conduct business in the United States and neither Defendant maintains a registered agent in any state of the union.

Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint, but the 90-day timeframe does not apply to service of process upon parties in a foreign country. *See* Fed. R. Civ. P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).") Summonses were issued (*see* (DE [3]) but service has not yet been perfected.

Accordingly, it is **ORDERED AND ADJUDGED** that, Plaintiff shall file a status report, **on or before May 25, 2024** advising the Court as to the status of service of process upon the foreign Defendants.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of April 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF