UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60312-AHS

DVASH AVIATION HOLDINGS, LLC,

    Plaintiff,

v.

AMP LEASING LIMITED, and
SIDERAL LINHAS AEREAS LTDA,

    Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME

This cause having come before the Court on the Unopposed Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint (the "Unopposed Motion"), it is **ORDERED** that:

1. The Unopposed Motion is GRANTED.

2. The Defendants shall have until Friday, May 31, 2024 to respond to the Complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of April, 2024.

                                              **HON. RAAG SINGHAL**
                                              **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All Counsel of Record