

# FLORIDA DEPARTMENT OF STATE

Division of Corporations

March 15, 2024

Maurice VerStandig

Pursuant to Chapter 48.181 Florida Statutes, substitute service of process was accepted for Sideral Linhas Aereas Ltda in case number 0:24-cv-60312-AHS and was filed on March 15, 2024 at 8:26 AM.

> Plaintiff(s)
> Dvash Aviation Holdings, LLC
> v.
> Defendant(s)
> AMP Leasing Limited and Sideral Linhas Aereas Ltda

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Frederica F. McCloud
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 240315001SOP.01



# FLORIDA DEPARTMENT OF STATE

Division of Corporations

March 15, 2024

Maurice VerStandig

Pursuant to Chapter 48.181 Florida Statutes, substitute service of process was accepted for AMP Leasing Limited in case number 0:24-cv-60312-AHS and was filed on March 15, 2024 at 8:26 AM.

> Plaintiff(s)
> Dvash Aviation Holdings, LLC
> v.
> Defendant(s)
> AMP Leasing Limited and Sideral Linhas Aereas Ltda

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Frederica F. McCloud
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 240315001SOP.02