May 25, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 775799709009

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | S.STEPH | **Delivery Location:** | 1 GRANT'S ROW |
| **Service type:** | FedEx International Economy | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | | DUBLIN 2, D02HX96 |
| | | **Delivery date:** | Apr 8, 2024 11:17 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 775799709009 | **Ship Date:** | Apr 3, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
AMP LEASING LIMITED,
1 GRANT'S ROW
SECOND FLOOR
DUBLIN 2, IE, D02HX96

**Shipper:**
MAURICE VERSTANDIG, ESQ., MAURICE VERSTANDIG
9812 FALLS ROAD
#114-160
POTOMAC, MD, US, 20854



Thank you for choosing FedEx