IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | | |
|---|---|---|
| DVASH AVIATION HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 0:24-cv-60312-AHS |
| | ) | |
| AMP LEASING LIMITED, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**PROOF OF SERVICE**

I HEREBY CERTIFY that the summons (the "Summons," as found at DE #3, p. 1) for Sideral Linhas Aereas Ltda ("Sideral") was received by me on February 26, 2024. The Summons, together with a copy of the complaint herein (the "Complaint," as found at DE #1) was thereafter served upon Sideral as follows:

On March 15, 2024, copies of the Summons and the Complaint were served on the Division of Corporations of the Florida Department of State. *See* Letter No. 240315001SOP.01, attached hereto as Exhibit A. The Federal Rules of Civil Procedure permit service "by delivering a copy of the summons and of the complaint to . . . any other agent authorized . . . by law to receive service of process and--if the agent is one authorized by statute and the statute so requires--by also mailing a copy of each to the defendant. . ." Fed. R. Civ. P. 4(h)(1)(B). The Florida Statutes, in turn, authorize service upon the Secretary of State where a foreign entity conducts business in the State of Florida. Fla. Stat. § 48.181. Consistent with the foregoing rule, a copy of the Summons and Complaint was thereafter sent to Sideral on April 4, 2024 and received by Sideral on April 8, 2024. *See* FedEx Proof of Delivery for Sideral, attached hereto as Exhibit B.

*[Signature on Following Page]*

1

Respectfully Submitted,

THE VERSTANDIG LAW FIRM, LLC

/s/ Maurice B. VerStandig
Maurice B. VerStandig
Bar No. 76723
9812 Falls Road, #114-160
Potomac, Maryland 20854
Telephone: (301) 444-4600
E-mail: mac@mbvesq.com
*Counsel for Dvash Aviation Holdings, LLC*