![FedEx]

May 25, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 775799859510

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | K.DINIZ | **Delivery Location:** | R FCO ALVES DE LIMA AGUAS BELA |
| **Service type:** | FedEx International Economy | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | SAO JOSE DOS PINHAIS, PR, 83010 |
| | | **Delivery date:** | Apr 8, 2024 11:17 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 775799859510 | **Ship Date:** | Apr 3, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
SIDERAL LINHAS AEREAS LTDS,
AV. ROCHA POMBO
AGUAS BELAS
SAO JOSE DOS PINHAIS, PR, BR, 83010

**Shipper:**
MAURICE VERSTANDIG, ESQ., MAURICE VERSTANDIG
9812 FALLS ROAD
#114-160
POTOMAC, MD, US, 20854



Thank you for choosing FedEx