IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

DVASH AVIATION HOLDINGS, LLC,   )
                                          )
        Plaintiff,            )
                                          )
v.                                      )     Case No. 0:24-cv-60312-AHS
                                          )
AMP LEASING LIMITED, *et al.*        )
                                          )
        Defendants.        )

## STATUS REPORT

Comes now Dvash Aviation Holdings, LLC ("Dvash"), by and through undersigned counsel, pursuant to this Honorable Court's order set forth at Docket Entry #9, and reports as follows:

Of even date, Dvash has filed proofs of service for both AMP Leasing Limited ("AMP") and Sideral Linhas Aereas Ltda ("Sideral"). *See* DE #12; DE #13. As noted therein, Dvash has perfected service upon AMP both through service upon the Division of Corporations of the Florida Department of State and through service under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention"). Critical to the second portion of this contention, as more fully noted in the proof of service for AMP, is that Ireland permits service of process by mail which, in turn, becomes an available mechanism for perfecting service under Article 10 of the Hague Convention.

With regard to Sideral, Dvash has only perfected service upon the Division of Corporations of the Florida Department of State, which Dvash asserts to constitute proper service (inclusive of copies being mailed to Sideral) under the Federal Rules of Civil Procedure. However, in an abundance of caution, Dvash has also engaged the services of Ancillary Legal Corporation, an

1

entity based in Atlanta, Georgia and specializing in the perfection of service under the Hague Convention, to additionally serve Sideral. The initial indication from Ancillary Legal Corporation is that such service, upon a Brazilian counterparty, can be an enormously slow process, often running "10 months to a year or more."

For the avoidance of doubt, it is Dvash's position that service has been properly perfected on Sideral through the Division of Corporations of the Florida Department of State. And Dvash is hopeful that the Hague Convention-centric efforts being undertaken by the Ancillary Legal Corporation will quickly prove moot, especially insofar as counsel has now appeared on behalf of not just AMP but, too, Sideral. *See* Unopposed Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint, DE #10.

Respectfully Submitted,

THE VERSTANDIG LAW FIRM, LLC

/s/ Maurice B. VerStandig
Maurice B. VerStandig
Bar No. 76723
1452 W. Horizon Ridge Pkwy., #665
Henderson, Nevada 89012
Telephone: (301) 444-4600
E-mail: mac@mbvesq.com
*Counsel for Dvash Aviation Holdings, LLC*

*[Certificate of Service on Following Page]*

2

## Certificate of Service

I hereby certify that on this 25th day of May, 2024, I caused this document to be electronically filed via this Honorable Court's CM/ECF system which, in turn, caused a copy to be served upon:

> Seth P. Robert, Esq.
> Connis O. Brown, III, Esq.
> BROWN ROBERT, LLP
> 150 North Federal Highway, Suite 200
> Fort Lauderdale, FL 33301
> Telephone: 954.832.9400
> Facsimile: 954.832.9430
> E-mail: srobert@brownrobert.com
> E-mail: cbrown@brownrobert.com
> *Counsel for the Defendants*

/s/ Maurice B. VerStandig<br>Maurice B. VerStandig