UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-60312-CIV-SINGHAL

DVASH AVIATION HOLDINGS, LLC,

    Plaintiff,

v.

AMP LEASING LIMITED, and
SIDERAL LINHAS AEREAS LTDA,

    Defendants.
_____/

### NOTICE OF FILING IN SUPPORT OF SIDERAL LINHAS AEREAS LTDA.'S MOTION TO DISMISS BASED ON LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM AND TO QUASH SERVICE OF PROCESS

    PLEASE TAKE NOTICE, that the Defendant Sideral Linhas Aereas Ltda. ("Sideral"), by and through its undersigned counsel who makes a special appearance in this matter for purposes of contesting service of process and jurisdiction, submits the following in support of Sideral's Motion to Dismiss Based on Lack of Personal Jurisdiction and Failure to State A Claim and to Quash Service of Process (the "Motion"):

    Exhibit 1 –  Affidavit of Christian Pegoraro, dated May 31, 2024

    This affidavit is being submitted herewith solely for the purposes of the special appearance in connection with this Motion filed on behalf of Sideral and without waiver of any objections to service of process and/or jurisdiction.

Respectfully submitted,

/s/ *Seth P. Robert*
Seth P. Robert
Florida Bar No. 145696
Connis O. Brown, III
Florida Bar No. 641960
**BROWN ROBERT, LLP**
150 North Federal Highway, Suite 200
Fort Lauderdale, FL 33301
Telephone:  954.832.9400
Facsimile:  954.832.9430
E-mail: srobert@brownrobert.com
E-mail: cbrown@brownrobert.com

*Attorneys for Defendant Sideral Linhas Aereas Ltda.*

**Certificate of Service**

      I hereby certify that on May 31, 2024 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served a copy of the foregoing upon the following:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Pkwy., #665
Henderson, Nevada 89012
Telephone: 301-444-4600
E-mail: mac@mbvesq.com
*Attorney for Plaintiff*

                /s/ *Seth P. Robert*
                Seth P. Robert
                Florida Bar No. 145696