**EXHIBIT 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-60312-CIV-SINGHAL

DVASH AVIATION HOLDINGS, LLC,

    Plaintiff,

v.

AMP LEASING LIMITED, and
SIDERAL LINHAS AEREAS LTDA,

    Defendants.

_____/

## AFFIDAVIT

| STATE OF PARANA | : |
| --- | --- |
|  | :ss |
| BRAZIL | : |

Christian Pegoraro, being duly sworn, deposes and says:

1. I am over 18 years of age, am competent to testify to the facts set forth in this Affidavit and swear that the following is true and correct to my own personal knowledge and review of the business records of Sideral Linhas Aereas Ltda. ("Sideral").

2. I handle fleet acquisitions for Sideral.

3. Sideral is a company incorporated in Brazil with its principal place of business located in São José dos Pinhais-PR, BRASIL.

4. Sideral is independently owned and is not the parent company of AMP.

5. AMP is an Irish company.

6. Sideral primarily is in the air cargo business, however the business now includes passenger transportation as well.

7. Sideral operates out of fourteen (14) airports, all located in Brazil.

8. Sideral does not have any office, mailing address, or telephone number in Florida.

9. All of Sideral's business is transacted out of Brazil.

10. Sideral does not own, lease, or otherwise occupy any real property in Florida.

11. Sideral does not have any offices in Florida, is not licensed or authorized to do business in Florida, does not maintain any records, bank accounts, or other accounts in Florida, has never paid Florida taxes, and does not have a resident agent in Florida.

12. Sideral has not contracted to insure any person, property, or risk located in Florida.

13. Sideral does not own, use, possess, or hold a mortgage or other lien on any real property located in Florida.

14. Sideral has not engaged in substantial or significant solicitation or services within Florida.

15. Sideral has not entered into any contract to be performed in Florida.

16. Sideral does not transact substantial business in Florida or otherwise engage in any substantial business activity that targets Florida such that it has availed itself of the laws of Florida.

17. Sideral has not engaged in substantial and not isolated activity within Florida, either interstate or intrastate.

18. In the course of its business Sideral purchases parts from sellers in many countries, including the United States. On many occasions, Sideral purchase spart from companies located in Florida, but all such parts are then delivered for use in Brazil.

19. Sideral has never sold any products or performed any of its services in the State of Florida.

20. Sideral has entered agreements which were governed by the laws of the State of Florida and selected Florida as the location for any lawsuit arising from such agreements, but those

agreements neither required performance in Florida, nor resulted in any dispute.

21. Sideral has not entered into any contract with Dvash in which it agreed to submit to the jurisdiction of the courts of Florida.

22. Although Sideral received approval from the United States Department of Transportation regarding potential future flights into the United States (not specifically Florida), it has not received the other required permission from the Federal Aviation Administration ("FAA"), Transportation Safety Administration ("TSA"), and Customs and Border Protection ("CBP"), necessary to fly into the United States.

23. To date, Sideral has not made any flights into the United States.

24. This Affidavit is being submitted solely in connection with the Motion to Dismiss and Quash Service and without waiver of any objections to service of process and/or jurisdiction.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Christian Pegoraro

[Notary]



3