UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-60312-CIV-SINGHAL

DVASH AVIATION HOLDINGS, LLC,

    Plaintiff,

v.

AMP LEASING LIMITED, and
SIDERAL LINHAS AEREAS LTDA,

    Defendants.
_____/

## **CERTIFICATE OF INTERESTED PERSONS**

PLEASE TAKE NOTICE, that the Defendants AMP Leasing Limited ("AMP") and Sideral Linhas Aereas Ltda. ("Sideral"), by and through their undersigned counsel, pursuant to the Order entered by this Court [DE 5], and without prejudice to the special appearance in this matter made on behalf of Sideral for purposes of contesting service of process and jurisdiction, submit the following information regarding the persons having a financial interest in this case:

1) Dvash Aviation Holdings, LLC - Plaintiff

2) AMP Leasing Limited (no parent corporation or any publicly held corporation owning 10% or more of its stock) – Defendant

3) Sideral Linhas Aereas Ltda. (no parent corporation or any publicly held corporation owning 10% or more of its stock) - Defendant

4) David Butler – Identified on Plaintiff's Certificate of Interested Persons

5) The VerStandig Law Firm, LLC – Counsel for Plaintiff

6) Maurice VerStandig – Counsel for Plaintiff

7) Brown Robert, LLP – Counsel for Defendants

8) Seth P. Robert – Counsel for Defendants

          Respectfully submitted,

          /s/ *Seth P. Robert*
          Seth P. Robert
          Florida Bar No. 145696
          Connis O. Brown, III
          Florida Bar No. 641960
          **BROWN ROBERT, LLP**
          150 North Federal Highway, Suite 200
          Fort Lauderdale, FL 33301
          Telephone: 954.832.9400
          Facsimile: 954.832.9430
          E-mail: srobert@brownrobert.com
          E-mail: cbrown@brownrobert.com

          *Attorneys for Defendants AMP Leasing Limited and Sideral Linhas Aereas Ltda.*

**Certificate of Service**

      I hereby certify that on June 13, 2024 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served a copy of the foregoing upon the following:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Pkwy., #665
Henderson, Nevada 89012
Telephone: 301-444-4600
E-mail: mac@mbvesq.com
*Attorney for Plaintiff*

      /s/ *Seth P. Robert*
      Seth P. Robert
      Florida Bar No. 145696