IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | |
|---|---|
| DVASH AVIATION HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 0:24-cv-60312-AHS |
| ) | |
| AMP LEASING LIMITED, *et al.* ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

Upon consideration of the Joint Scheduling Report filed by Dvash Aviation Holdings, LLC ("Dvash" or the "Plaintiff") and AMP Leasing Limited ("AMP" or the "Defendant"), it is, by the United States District Court for the Southern District of Florida, hereby:

ORDERED, that this case is assigned to the **Expedited Track** described in Local Rule 16.1(a)(2)(A); and it is further

ORDERED, that the following deadlines are established by the Court:

| | Deadline |
|---|---|
| Selection of a mediator and scheduling of a time, date and place for mediation | 60 days after entry of this Scheduling Order |
| Joinder of additional parties and filing of motions to amend the Complaint | 90 days after entry of this Scheduling Order |
| Completion of Discovery | 170 days after entry of this Scheduling Order |
| Filing Dispositive Motions and *Daubert* motions (which include motions to strike experts) | 200 days after entry of this Scheduling Order |
| Completion of Mediation | 200 days after entry of this Scheduling Order |

1

| Submission of Joint Pre-Trial Stipulation, Proposed Findings of Fact and Conclusions of Law | 10 days prior to Trial |

and it is further

    ORDERED, that a pretrial conference shall be held on _____ at _____; and it is further

    ORDERED, that trial in this matter shall commence on _____.

                                                                                                           _____
                                                                                                     Hon. Raag Singhal
                                                                                                     United States District Judge

Copies furnished to counsel via CM/ECF