UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60312-AHS

DVASH AVIATION HOLDINGS, LLC,

    Plaintiff,

v.

AMP LEASING LIMITED, and
SIDERAL LINHAS AEREAS LTDA,

    Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME

This cause having come before the Court on the Joint Motion for Extension of Time to select a mediator and schedule a time, date, and place for mediation, as required by the Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [DE 27] (the "Joint Motion"), it is **ORDERED** that:

1. The Joint Motion is GRANTED.

2. The Parties shall have until September 13, 2024 to select a mediator and schedule a time, date, and place for mediation.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of August, 2024.

                                            **HON. RAAG SINGHAL**
                                            **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All Counsel of Record