UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60312-AHS

DVASH AVIATION HOLDINGS, LLC,

    Plaintiff,

v.

AMP LEASING LIMITED, and
SIDERAL LINHAS AEREAS LTDA,

    Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME

This cause having come before the Court on the Joint Motion for Extension of Time to Amend Pleadings and Join Parties, as required by the Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [DE 27] (the "Joint Motion"), it is **ORDERED** that:

1. The Joint Motion is GRANTED.

2. The Parties shall have until October 29, 2024 to amend pleadings and join parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of September, 2024.

                              **HON. RAAG SINGHAL**
                              **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All Counsel of Record