IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | |
|---|---|
| DVASH AVIATION HOLDINGS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 0:24-cv-60312-AHS |
| AMP LEASING LIMITED, *et al.* | ) |
| Defendants. | ) |

## NOTICE OF MEDIATION

Come now Dvash Aviation Holdings, LLC ("Dvash" or the "Plaintiff") and AMP Leasing Limited ("AMP" or the "Defendant"), by and through respective undersigned counsel, pursuant to the Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge, DE #27, and hereby give notice that mediation in this matter will be held with Steven Jaffe, Esq. on January 27, 2025, commencing at 10:00 am, and will be conducted via video conference.

*[Signature and Certificate of Service on Following Pages]*

1

Respectfully Submitted,

THE VERSTANDIG LAW FIRM, LLC

/s/ Maurice B. VerStandig
Maurice B. VerStandig
Bar No. 76723
1452 W. Horizon Ridge Pkwy., #665
Henderson, Nevada 89012
Telephone: (301) 444-4600
E-mail: mac@mbvesq.com
*Counsel for Dvash Aviation Holdings, LLC*

BROWN ROBERT LLP

/s/ Seth P. Robert (signed w/ express permission)
Seth P. Robert
Florida Bar No. 145696
Connis O. Brown III
Florida Bar No. 641960
150 North Federal Highway, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 832-9400
E-mail: srobert@brownrobert.com
E-mail: cbrown@brownrobert.com

*Counsel for AMP Leasing Ltd.*

**Certificate of Service**

I hereby certify that on this 13th day of September, 2024, I caused this document to be electronically filed via this Honorable Court's CM/ECF system which, in turn, caused a copy to be served upon:

Seth P. Robert, Esq.
Connis O. Brown, III, Esq.
BROWN ROBERT, LLP
150 North Federal Highway, Suite 200
Fort Lauderdale, FL 33301
Telephone: 954.832.9400
Facsimile: 954.832.9430
E-mail: srobert@brownrobert.com
E-mail: cbrown@brownrobert.com
*Counsel for AMP Leasing Ltd.*

/s/ Maurice B. VerStandig
Maurice B. VerStandig