IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | |
|---|---|
| DVASH AVIATION HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 0:24-cv-60312-AHS |
| | ) |
| AMP LEASING LIMITED, *et al.* | ) |
| | ) |
| Defendants. | ) |

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Steven R. Jaffe on January 27, 2025, at 10:00 am via video conference.

ENTERED this ___ day of _____, 20 ___.

_____
**HON. RAAG SINGHAL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished:
All counsel of record