DVASH – AMP
AMENDMENT NO.1 - ELPA 721509

## AMP LEASING LIMITED ("LESSEE")

No. 1 Grants Row, Second Floor
Lower Mount Street
Dublin 2, Ireland
Email: anderson@ampleasing.com; fa@ampleasing.com; paulojunior@ampleasing.com

And

## DVASH AVIATION HOLDINGS, LLC (LESSOR)

**501 Hermleigh Road**

**Silver Spring, MD 20902**

djbutler501@gmail.com

**Attn: David Butler**

# AMENDMENT NO.1

# TO A CERTAIN

# ENGINE LEASE-PURCHASE AGREEMENT

# ONE (1) CFM56- 3C-1 ENGINE ESN 721509

AMP00001

DVASH – AMP
AMENDMENT NO.1 - ELPA 721509

# AMENDMENT NO.1

## TO A CERTAIN

## ENGINE LEASE-PURCHASE AGREEMENT

**THIS AMENDMENT NO. 1 TO THE ENGINE LEASE-PURCHASE AND PURCHASE AGREEMENT**, dated as of December 31, 2019 (the "Agreement"), by and between AMP Leasing Limited, with offices at No. 1 Grants Row, Second Floor Lower Mount Street Dublin 2, Ireland (the "Lessee") and DVASH AVIATION HOLDINGS, LLC, a (Maryland) company with an address of 501 Hermleigh Road Silver Spring, MD 20902 (the "Lessor").

### WITNESSETH

NOW, THEREFORE, in consideration of the mutual covenants and premises contained herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto, intending to be legally bound, agree as to modify the Agreement as follows:

1. The Subitem (ii) of the item 3.2 is herein deleted in its entirely and replaced with the following:

    2. **Eighteen (18) equal** monthly installments of Fifty-Two Thousand Eight Hundred and Eighty-Eight US Dollars (**US$ 52,888.00**) each with the first instalment beginning **thirty (30)** business days from the Delivery Date (the "First Instalment Date") and thereafter, the date corresponding to the First Instalment Date in each subsequent month. Payment terms provided under this Agreement are subject to the Lessee's acceptance of the following terms and conditions:

3. The item (2.) of the EXHIBIT F "AIRCRAFT ENGINE SECURITY AGREEMENT" Is herein deleted in its entirely and replaced with the following:

2. Security for Engine Lease-Purchase and Purchase Agreement

Lessee is granting this continuing first priority security interest to secure performance of the Purchase Agreement for the acquisition of the Secured Property. The Purchase Agreement obligates Lessee to pay Lessor the amount of One Million Three Hundred and Sixty Thousand US

AMP00002

DVASH – AMP
AMENDMENT NO.1 - ELPA 721509

Dollars (**US$1,360,000.00**), payable as an initial payment of Four Hundred and Eight Thousand and Sixteen US Dollars (**US$408,016**), and Eighteen (18) equal monthly installments of Fifty-Two Thousand Eight Hundred and Eighty-Eight U.S. Dollars (**US$52,888.00**) with the first instalment beginning thirty (30) business days from the Delivery Date (the "First Instalment Date") and thereafter, the date corresponding to the First Instalment Date in each subsequent month . The last payment of US$ 52,888.00 is due on the ____day of_____, 20_____.

4. All other clauses remain with no alteration and in full force.

IN WITNESS WHEREOF, the parties hereto have executed and delivered this Agreement through their respective duly authorized officers, all as of the day and year first above written.

**AMP LEASING LIMITED**

By: _____
Name:
Title:

**DVASH AVIATION HOLDINGS, LLC**

By: _____
Name: David J Butler
Title: President

My Commission expires:
11-22-2022

AMP00003