# Bank of Ireland
## BUSINESS ON LINE

### Payment Details

Payment Reference No.   140268171

Printed On
Tuesday, April 07, 2020
06:25:36 PM

| | |
|---|---|
| Pay From > | IB REPUBLIC CURRENT ACCOUNT , International , 75747001 |
| Pay To > | SAVANNA LEASING LLC , 80003215092 |
| Payment Details > | $408,016.00 on 28/01/2020, International Third Party Payment |
| Status > | Payment Processed |