# Dvash Aviation Holdings, LLC

501 Hermleigh Road

Silver Spring, MD 20902

**INVOICE**

| Date | Invoice # |
|---|---|
| 1/15/2020 | 01152020 |

**Bill To**

AMP Leasing Limited
No. 1, Grants Row, 2nd Floor
Lower Mount Street
Dublin, Ireland

**Ship To**

SIDERAL LINHAS AEREAS
AV. ESTILAC LEAL 46 CONJ. 02,
VILA DAS PALMEIRAS
GUARULHOS, CEP;07013-142, BRAZIL
ATTN: CHRISTIAN PEGORARO

| P.O. Number | Due Date | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Upon Receipt | | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Lease | Engine Sale/Lease July and August payment CFM56-3C1 ESN721509 Initial Payment | 408,016.00 | 408,016.00 |

PLEASE REFERENCE THIS INVOICE NUMBER
WHEN SUBMITTING YOUR PAYMENT

Bank: First Republic Bank
   111 Pine Street
   San Francisco, CA 94111
Routing#: 321081669
SWIFT Code: FRBBUS6S
Account#: 80003215092
Beneficiary: Savanna Leasing LLC
   8050 NW 90th Street
   Medley, FL 33166

| | **Total** | 408,016.00 |
|---|---|---|

AMP00110