UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60312-AHS

DVASH AVIATION HOLDINGS, LLC,

    Plaintiff,

v.

AMP LEASING LIMITED,

    Defendant.
_____/

### ORDER GRANTING EXTENSION OF TIME

This cause having come before the Court on the Unopposed Defendant's Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment [DE 36] (the "Unopposed Motion"), it is **ORDERED** that:

1. The Unopposed Motion is GRANTED.

2. The Defendant AMP Leasing Limited shall have until Monday, January 27, 2025 to respond to the Motion for Summary Judgment [DE 36].

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of January, 2025.

                                          **HON. RAAG SINGHAL**
                                          **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All Counsel of Record