UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60312-AHS

DVASH AVIATION HOLDINGS, LLC,

    Plaintiff,

v.

AMP LEASING LIMITED,

    Defendant.

_____/

### ORDER GRANTING EXTENSION OF TIME

This cause having come before the Court on the Unopposed Defendant's Motion for Extension of Deadline to Complete Discovery (the "Unopposed Motion"), it is **ORDERED** that:

1. The Unopposed Motion is GRANTED.

2. The Deadline to Complete Discovery contained in the Scheduling Order [DE 27] is extended through Friday, February 7, 2025.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of January, 2025.

 

**HON. RAAG SINGHAL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All Counsel of Record