UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-60312-AHS

DVASH AVIATION HOLDINGS, LLC,
PLAINTIFF(s),

v.

AMP LEASING LIMITED,
DEFENDANT(s).
_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on January 27, 2025. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

[X] All Plaintiffs and their respective trial counsel.
[X] All Defendants and/or their fully authorized claims representative, and their respective trial counsel.

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

[X]  AGREEMENT.
A partial/(final agreement) was reduced to writing and signed by the participating parties. Counsel for the parties shall report the partial/final agreement to the Court, and /or file the appropriate stipulation for Dismissal.

___  NO AGREEMENT.
The parties did not reach an agreement.

___  These proceedings have been adjourned and the mediation hearing shall be resumed on

_____.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 1/27/25, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Steven R. Jaffe, Mediator
Mediator # 35295R
Upchurch Watson White & Max
Phone: 800-863-1462 Fax: 954-334-2838
sjaffe@uww-adr.com