UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60312-CIV-SINGHAL/STRAUSS

DVASH AVIATION HOLDINGS, LLC,

     Plaintiff,

v.

AMP LEASING LIMITED,

     Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Mediation Report (DE [44]) filed on January 27, 2025, stating that the parties have settled the case in full. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice. The Clerk of Court shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT** and all deadlines are **CANCELLED**.  The parties shall submit a Joint Stipulation of Dismissal by **February 18, 2025.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of January 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF