IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | |
|---|---|
| DVASH AVIATION HOLDINGS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 0:24-cv-60312-AHS |
| AMP LEASING LIMITED | ) |
| Defendant. | ) |

**UNOPPOSED (SECOND) MOTION TO EXTEND**
**DEADLINE TO FILE STIPULATION OF DISMISSAL**

Comes now Dvash Aviation Holdings, LLC ("Dvash" or the "Plaintiff"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(a)(1)(J), and moves this Honorable Court to extend the period of time in which a stipulation of dismissal is to be filed herein, to and through March 7, 2025, and in support thereof states as follows:

This Honorable Court previously permitted the parties until February 28, 2025 to file a stipulation of dismissal in accord with a settlement of this case. DE #47. The parties have continued to work toward a final draft of a settlement agreement but, without discussing the sum or substance of correlative issues, have encountered an issue that both sides are constructively working to address.

Dvash reasonably anticipates that either (i) both sides will be in agreement as to the final form of a settlement, by March 7, 2025; or (ii) there will exist an impasse necessitating the further prosecution of this case, by March 7, 2025.

Undersigned counsel has contacted counsel for AMP regarding the relief requested in this motion and represents that counsel for AMP has no objection to the extension of time requested herein.

1

WHEREFORE, Dvash respectfully prays this Honorable Court (i) extend the deadline by which to file a stipulation of dismissal, to and through March 7, 2025; and (ii) afford such other and further relief as may be just and proper.

Respectfully Submitted,

THE VERSTANDIG LAW FIRM, LLC

/s/ Maurice B. VerStandig
Maurice B. VerStandig
Bar No. 76723
1452 W. Horizon Ridge Pkwy., #665
Henderson, Nevada 89012
Telephone: (301) 444-4600
E-mail: mac@mbvesq.com
*Counsel for Dvash Aviation Holdings, LLC*

**Certificate of Service**

I hereby certify that on this 28th day of February, 2025, I caused this document to be electronically filed via this Honorable Court's CM/ECF system which, in turn, caused a copy to be served upon:

Seth P. Robert, Esq.
Connis O. Brown, III, Esq.
BROWN ROBERT, LLP
150 North Federal Highway, Suite 200
Fort Lauderdale, FL 33301
Telephone: 954.832.9400
Facsimile: 954.832.9430
E-mail: srobert@brownrobert.com
E-mail: cbrown@brownrobert.com
*Counsel for the Defendants*

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2