UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60312-CIV-SINGHAL/STRAUSS

DVASH AVIATION HOLDINGS, LLC,

    Plaintiff,

vs.

AMP LEASING LIMITED,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Unopposed (Second) Motion to Extend Deadline to File Stipulation for Dismissal (DE [48]). Although the parties reached a settlement agreement at the court-ordered mediation (DE [44]), Plaintiff reports that the parties "have encountered issues that both sides are constructively working to address." The requested March 7, 2025, deadline has passed, and the Stipulation for Dismissal has not been filed. The Court wants to honor the parties' settlement agreement and assist in resolution of this case. Accordingly, it is hereby

**ORDERED** that the Unopposed (Second) Motion to Extend Deadline to File Stipulation for Dismissal (DE [48]) is **GRANTED** *nunc pro tunc.* The Court *sua sponte* extends the deadline to file the Stipulation for Dismissal to **MARCH 18, 2025.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of March 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF