IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | |
|---|---|
| DVASH AVIATION HOLDINGS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 0:24-cv-60312-AHS |
| AMP LEASING LIMITED | ) ) ) |
| Defendant. | ) ) |

**STIPULATION OF DISMISSAL**

Come now Dvash Aviation Holdings, LLC ("Dvash" or the "Plaintiff") and AMP Leasing Limited ("AMP" or the "Defendant"), by and through respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and that certain settlement agreement by and between Dvash and AMP (the "Settlement Agreement"), and stipulate to dismiss this action, with said dismissal to be *without prejudice* until such a time as the condition precedent in Section 5 of the Settlement Agreement is satisfied, and being *with prejudice* upon satisfaction of the applicable condition precedent.

*[Signatures on Following Page]*

Respectfully Submitted,

THE VERSTANDIG LAW FIRM, LLC

/s/ Maurice B. VerStandig
Maurice B. VerStandig
Bar No. 76723
1452 W. Horizon Ridge Pkwy., #665
Henderson, Nevada 89012
Telephone: (301) 444-4600
E-mail: mac@mbvesq.com
*Counsel for Dvash Aviation Holdings, LLC*

BROWN ROBERT, LLP

/s/ Seth P. Robert (signed following oral authorization)
Seth P. Robert, Esq.
150 North Federal Highway, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 832.9400
E-mail: srobert@brownrobert.com
*Counsel for AMP Leasing Limited*

**Certificate of Service**

I hereby certify that on this 18th day of March, 2025, I caused this document to be electronically filed via this Honorable Court's CM/ECF system which, in turn, caused a copy to be served upon:

Seth P. Robert, Esq.
Connis O. Brown, III, Esq.
BROWN ROBERT, LLP
150 North Federal Highway, Suite 200
Fort Lauderdale, FL 33301
Telephone: 954.832.9400
Facsimile: 954.832.9430
E-mail: srobert@brownrobert.com
E-mail: cbrown@brownrobert.com
*Counsel for the Defendants*

/s/ Maurice B. VerStandig
Maurice B. VerStandig