UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60312-CIV-SINGHAL

DVASH AVIATION HOLDINGS, LLC,

    Plaintiff,

vs.

AMP LEASING LIMITED,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal filed by the parties. (DE [50]). The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE** until such time as the condition precedent in Section 5 of the Settlement Agreement is satisfied, and **WITH PREJUDICE** upon satisfaction of the applicable conditional precedent. The Clerk of Court is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of March 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF